# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMARA SHANAHAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ETHAN ALLEN RETAIL, INC., KATE** | : | |
| **SAVINO and ROBERT KALINA** | : | **NO. 21-595** |

## ORDER

**NOW**, this 8th day of September, 2021, upon consideration of the Motion of Defendant Robert Kalina to Dismiss Plaintiff Tamara Shanahan's Amended Complaint (Doc. No. 22), the plaintiff's response, and the reply, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.