IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMARA SHANAHAN, | : | |
| Plaintiff, | : | |
| v. | : | NO. 2:21-CV-00595-TJS |
| ETHAN ALLEN RETAIL, INC., KATE SAVINO, and ROBERT KALINA | : | |
| Defendants. | : | |

## MOTION OF DEFENDANTS ETHAN ALLEN RETAIL, INC., KATE SAVINO, AND ROBERT KALINA FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the reasons set forth in the accompanying Brief in Support of the Motion of Defendants Ethan Allen Retail, Inc., Kate Savino, and Robert Kalina for Summary Judgment, the Statement of Undisputed Facts in Support of the Motion of Defendants Ethan Allen Retail, Inc., Kate Savino, and Robert Kalina for Summary Judgment, and all exhibits thereto, Defendants Ethan Allen Retail, Inc., Kate Savino, and Robert Kalina, by and through their undersigned counsel, Fisher & Phillips LLP, hereby respectfully request that the Court enter an Order granting summary judgment against Plaintiff Tamara Shanahan ("Plaintiff") on all claims asserted by Plaintiff in Plaintiff's Complaint because there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law.

|  |  |
|---|---|
|  | **FISHER & PHILLIPS LLP** |
| Date:  November 26, 2021 | */s/ Christina M. Michael* |
|  | Christina M. Michael, Esquire |
|  | Deniz Uzel Reilly, Esquire |
|  | Two Logan Square |
|  | 100 N. 18th Street, 12th Floor |
|  | Philadelphia, Pennsylvania 19103 |
|  | Telephone:  (610) 230-2150 |
|  | Facsimile:  (610) 230-2151 |
|  | cmichael@fisherphillips.com |
|  | dreilly@fisherphillips.com |
|  |  |
|  | *Attorneys for Defendants Ethan Allen Retail, Inc., Kate Savino, and Robert Kalina* |

## CERTIFICATE OF SERVICE

I, Christina M. Michael, Esquire, hereby certify that on this 26th day of November, 2021, a true and correct copy of the foregoing Motion of Defendants Ethan Allen Retail, Inc., Kate Savino, and Robert Kalina for Summary Judgment, Proposed Order, Brief in Support of the Motion Defendants Ethan Allen Retail, Inc., Kate Savino, and Robert Kalina for Summary Judgment, Statement of Undisputed Facts in Support of the Motion of Defendants Ethan Allen Retail, Inc., Kate Savino, and Robert Kalina for Summary Judgment, and all exhibits thereto, were filed via the Court's electronic filing system and were served upon the following attorneys via the Court's electronic filing system:

>Jennifer C. Bell, Esquire
>Christopher A. Macey, Jr., Esquire
>BELL & BELL, LLP
>One Penn Center, Suite 1254
>Philadelphia, PA 19103
>*Counsel for Plaintiff Tamara Shanahan*

By:   */s/ Christina M. Michael*
      Christina M. Michael, Esquire