IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA SHANAHAN,<br><br>      PLAINTIFF,<br>v.<br><br>ETHAN ALLEN RETAIL, INC.<br>KATE SAVINO and ROBERT KALINA,<br><br>      DEFENDANTS. | Civil Action No. 2:21-cv-00595-TJS |

**PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Plaintiff, Tamara Shanahan, respectfully requests that this Honorable Court deny Defendants' Motion for Summary Judgment. In support of her Response in Opposition to Defendants' Motion, Plaintiff relies upon the reasoning and authority set forth in the accompanying Brief.

                                  Respectfully submitted,

                                  BELL & BELL LLP

                    By:   <u>/s/ Christopher A. Macey, Jr.</u>
                            Christopher A. Macey, Jr., Esquire
                            Bell & Bell LLP
                            1617 JFK Blvd. – Suite 1254
                            Philadelphia, PA 19103
                            (215) 569-2500

                            *Attorneys for Plaintiff Tamara Shanahan*

DATED:  December 10, 2021