# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMARA SHANAHAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ETHAN ALLEN RETAIL, INC., KATE SAVINO, and ROBERT KALINA** | : | **NO. 21-595** |

## ORDER

**NOW**, this 16th day of May, 2022, upon consideration of the Motion of Defendants Ethan Allen Retail, Inc., Kate Savino, and Robert Kalina for Summary Judgment (ECF No. 39), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the defendants' motion seeks judgment in favor of the defendants on the plaintiff's claims for age discrimination, age retaliation, disability discrimination based on actual disability, and failure to accommodate, it is **GRANTED**.

2. To the extent the motion seeks judgment in favor of defendant Robert Kalina, it is **GRANTED**.

3. To the extent the motion seeks judgment in favor of the defendants on the plaintiff's claims for disability discrimination based on regarded as disabled, disability retaliation, FMLA retaliation, and hostile work environment, it is **DENIED**.

4. To the extent the motion seeks to strike the plaintiff's request for punitive damages, demand for a jury trial, and request for back pay and front pay based on failure to mitigate damages, it is **DENIED**.

5. Judgment will be entered at the conclusion of trial.

/s/ TIMOTHY J. SAVAGE J.